# United States District Court

## EASTERN DISTRICT OF MISSOURI

UNITED STATES OF AMERICA

V.

BOBBY LOCKHART

1:08-MJ 27A

**WARRANT FOR ARREST**

CASE NUMBER:

To: The United States Marshal
and any Authorized United States Officer

**4: 0 8CR00112** CEJ/TIA

YOU ARE HEREBY COMMANDED to arrest BOBBY LOCKHART and bring the defendant forthwith to the nearest magistrate to answer an Indictment charging the defendant with

Interstate failure to pay child support

2008 FEB 14 P 3 39

RECEIVED
U.S. MARSHALS SERVICE
E/MO ST. LOUIS

in violation of Title 18, United States Code, Section(s) 228(a)(1) and 228(a)(3).

JAMES WOODWARD
Name of Issuing Officer

Clerk, United States District Court
Title of Issuing Officer

James Woodward
Signature of Issuing Officer

February 14, 2008, St. Louis, Missouri
Date and Location

Karen Moore
(By) Deputy Clerk

by
Name of Judicial Officer

10,000.00 10% surety

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at | | |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |

COPY

ORIGINAL ON FILE WITH
U.S. MARSHAL, EASTERN MISSOURI

0844-0215-0951J

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

FILED
FEB 14 2008
U. S. DISTRICT COURT
E. DISTRICT OF MO.

UNITED STATES OF AMERICA, )
Plaintiff, )
v. ) No. 4:08CR00112 CEJ
BOBBY LOCKHART, )
Defendant. )

1:08-MJ-27A

**INDICTMENT**

**COUNT ONE**

The Grand Jury charges that:

Between on or about January 1, 2006 to on or about February 14, 2008, within the Eastern District of Missouri,

**BOBBY LOCKHART,**

the Defendant herein, who did not reside in the State of Missouri, willfully failed to pay a support obligation with respect to his three minor children who reside in the State of Missouri and which obligation is in the amount greater than $5,000, that being more than $36,000.00, in violation of Title 18, United States Code, Section 228(a)(1).

**COUNT TWO**

The Grand Jury charges that:

Between on or about January 1, 2006 to on or about February 14, 2008, within the Eastern District of Missouri,

**BOBBY LOCKHART,**

who did not reside in the State of Missouri, willfully failed to pay a support obligation with respect to three minor children who reside in the State of Missouri in that the amount of arrearage exceeded $10,000 that being more than $36,000.00; in violation of Title 18, United States Code, Section 228(a)(3).

A TRUE BILL.

____________________________
FOREPERSON

CATHERINE L. HANAWAY
United States Attorney

____________________________
TRACY L. BERRY, 508314
Assistant United States Attorney